UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

    - against -

XAVIER WILLIAMS,

               Defendant.
------------------------------------X

**MEMORANDUM AND ORDER**

00 Cr. 1008 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court previously denied defendant's motions for sentence reduction based upon Amendment 782 to the United States Sentencing Guidelines and Section 404 of the First Step Act of 2018, respectively. See Memorandum and Order of October 17, 2019 (ECF No. 333). The Court hereby certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from its Memorandum and Order of October 17, 2019 would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of an appeal. See 28 U.S.C. § 1915(a)(3).

**SO ORDERED.**

Dated:   New York, New York
       March 4, 2020

                                          NAOMI REICE BUCHWALD
                                          UNITED STATES DISTRICT JUDGE

A copy of the foregoing Memorandum and Order has been mailed on this date to the following:

<u>Petitioner</u>:
Xavier Williams
02149-748
U.S.P. Allenwood
P.O. Box 3000
White Deer, PA 17887