# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | No. 1:00-cr-01008-NRB |
| | ) | |
|     v. | ) | Judge Naomi Reice Buchwald |
| | ) | |
| XAVIER WILLIAMS | ) | |
|     Defendant. | ) | |

## MOTION TO APPEAR PRO HAC VICE

Attorney MIANGEL CODY of TDC Law Office ("Movant") moves to appear in this case *pro hac vice*, as counsel for Defendant XAVIER WILLIAMS. This motion is brought pursuant to Local Rule 1.3. In support of this motion, Movant states as follows:

1. Movant is an attorney licensed to practice law and is a member of good standing of the state bar in the State of Illinois (Bar No. 6289243). A certificate of good standing is listed in Attachment A to the instant filing.

2. Movant is familiar with federal criminal practice. She is admitted to practice before, and is in good standing, with the United States District Courts and Courts of Appeals listed in Attachment A to the instant filing.

3. Movant certifies that she will make herself familiar with and shall be governed by the local rules of this Court, the rules of professional conduct, and all other requirements

governing the Southern District of New York.

4.  Movant certifies that she has never been convicted of a felony.

5.  Movant certifies that she has never been disciplined, sanctioned or disbarred, denied admission or readmission by any court, and is not currently suspended from the practice of law in the State of Illinois or any other state, nor from any Bankruptcy Court, District Court, or Court of Appeals.

6.  Movant certifies that there are presently no disciplinary proceedings concerning the Movant.

WHEREFORE, Movant respectfully requests entry of an order authorizing her admission to appear pro hac vice.

/s/ MiAngel Cody, Esq.
Attorney Bar Number: (Illinois) 6289243
Retained Attorney for Xaiver Williams
TDC LAW OFFICE
1325 S. Wabash Ave. Ste. 305
Chicago, IL 60605
Tel: 312-858-8330
Fax: 312-626-4823

## CERTIFICATE OF SERVICE

The undersigned, MiAngel Cody, an attorney with The Decarceration Collective, hereby certifies that on December 16, 2021 I electronically filed the following using the CM/ECF system:

## MOTION TO APPEAR PRO HAC VICE

/s/ MiAngel Cody, Esq.
Attorney Bar Number: (Illinois) 6289243
TDC LAW OFFICE
1325 S. Wabash Ave. Ste. 305
Chicago, IL 60605
Tel: 312-858-8330
Fax: 312-626-4823

*Counsel for Xavier Williams*

# ATTACHMENT A

## List of Federal Bar Admissions
## for Attorney MiAngel Cody

I am admitted to practice in the following federal district courts:

    United States District Court for the Northern District of Illinois
    United States District Court for the Central District of Illinois
    United States District Court for the District of Columbia
    United States District Court for the Northern District of Indiana
    United States District Court for the Southern District of Indiana
    United States District Court for the Eastern District of Missouri
    United States District Court for the Eastern District of Michigan
    United States District Court for the Eastern District of Wisconsin
    United States District Court for the Western District of Wisconsin

I am admitted to practice in the following Courts of Appeals:

    United States Court of Appeals for the First Circuit
    United States Court of Appeals for the Second Circuit
    United States Court of Appeals for the Sixth Circuit
    United States Court of Appeals for the Seventh Circuit
    United States Court of Appeals for the Eighth Circuit
    United States Court of Appeals for the Eleventh Circuit

I am admitted to the United States Supreme Court (admission date: 09/11/2020; Bar # 313422)
I served as a federal law clerk to the Honorable Myron H. Thompson (M.D. AL) from 2004 to 2005.
I served as a federal law clerk to the Honorable Ann Claire Williams (7 Cir. COA) from 2005 to 2006.
I served as an Assistant Federal Defender in the Northern District of Illinois from 2008 to 2017.

Sincerely,

Illinois State Bar No. 6289243
I am a member in good standing of the Illinois state bar. I have never been disciplined or suspended from any bar. I am not presently subject to any bar disciplinary action.



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
### www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
12/9/2021

Re: MiAngel Christina Cody
Attorney No. 6289243

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that MiAngel Christina Cody was admitted to practice law in Illinois on 11/9/2006; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____

Andrew Oliva
Registrar