

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 20, 2022

**BY ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Xavier Williams,
      00 Cr. 1008 (NRB)

Dear Judge Buchwald:

    On January 18, 2022, the defendant filed a motion for a sentence reduction pursuant to Section 603 of the First Step Act. The Government intends to respond to the motion, and respectfully requests 45 days from the date the motion was filed, until March 4, 2022, to file its response. I have communicated with counsel for the defendant, Calyssa Zellars, Esq., who consents to the Government's request.

                                    Respectfully submitted,

                                      DAMIAN WILLIAMS
                                    United States Attorney

By: _____
      Brett M. Kalikow
      Assistant United States Attorney
      (212) 637-2220

cc:   Calyssa Zellars, Esq. (via ECF)