U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 13, 2022

**BY ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Xavier Williams, 00 Cr. 1008 (NRB)

Dear Judge Buchwald:

      The Government's deadline to respond to the motion by Xavier Williams, the defendant, for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) is currently set for April 18, 2022. Dkt. 368. The Government respectfully requests an extension of its deadline to respond of 30 days, until May 18, 2022, to permit the Government additional time to review the materials submitted by the defendant in support of his motion and to formulate the Government's response. I have conferred with counsel for the defendant who consents to this request.

Thank you for your consideration.

*[Handwritten annotation: Application granted. So ordered. Buchwald, USDJ 4/13/22]*

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: *[signature]*
Brett M. Kalikow
Assistant United States Attorneys
(212) 637-2220

cc:   All counsel of record (by ECF)