```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
UNITED STATES OF AMERICA,

          - against -                           ORDER

XAVIER WILLIAMS,                                00 CR 1008 (NRB)

                    Defendant.
--------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS, on January 19, 2022, Xavier Williams ("Williams"), who was represented by counsel, filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A); and

WHEREAS, on February 3, 2023, the Court denied Williams' motion ("Memorandum and Order"); and

WHEREAS, Williams filed a notice of appeal pro se; and

WHEREAS, on March 28, 2023, Williams moved for permission to appeal in forma pauperis, triggering the application of 28 U.S.C. § 1915; and

WHEREAS, having carefully considered the motion for compassionate relief and having issued the Memorandum and Order, we certify that an appeal would not be taken in good faith; and it is therefore

**ORDEERD** that the motion for permission to appeal in forma pauperis is denied.

DATED:   New York, New York
         April 14, 2023

                                    _____
                                           NAOMI REICE BUCHWALD
                                       UNITED STATES DISTRICT JUDGE