UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
UNITED STATES OF AMERICA,

                     - against -               **ORDER**

XAVIER WILLIAMS,                   00-cr-01008 (NRB)

                        Defendant
-----------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Having reviewed defendant Xavier Williams's ("defendant") Motion for Extension of Time to File Reply, ECF No. 410, and the Government's letter consenting to defendant's request, ECF No. 411, defendant's request for an extension is hereby GRANTED.

While the Government's letter notes that defendant received a copy of the Government's opposition on January 29, 2026, the Court will nonetheless give the defendant 31 days from the date of this Order to file his reply to account for any delays that may occur regarding defendant's receipt of this Order. Accordingly, defendant's reply shall be filed no later than Monday, March 9, 2026.

Dated:    February 6, 2026
          New York, New York

                                      _____
                               NAOMI REICE BUCHWALD
                               UNITED STATES DISTRICT JUDGE

1